(Reap. Dec. 9867)

THE AMERICAN INTERNATIONAL PRODUCTS CORPORATION *v.* UNITED STATES

Entry No. 6871, etc.

(Decided December 8, 1960)

*John D. Rode* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement, enumerated in schedule "A," hereto attached and made a part hereof, relate to certain coal-tar products exported from Sweden and entered at the port of Chicago, Ill.

Stipulated facts, upon which the appeals have been submitted, establish that the proper basis for appraisement of the merchandise in question is American selling price, as defined in section 402(g) of the Tariff Act of 1930, as amended, and that such statutory value therefor is as follows:

| Item | Export period | Price |
| --- | --- | --- |
| PAS Sodium_____ | 1959 | $1.75 per lb. less 1% net packed |
| PAS Calcium_____ | 1959 | $2.75 per lb. less 1% net packed |

Judgment will be rendered accordingly.